# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Taryn Lopez,

    Plaintiff,

v.

Trans Union LLC, et al.,

    Defendants.

NO. CV-17-01327-PHX-GMS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 12, 2017, the complaint and action are dismissed with prejudice.

                                            Brian D. Karth
                                            District Court Executive/Clerk of Court

October 12, 2017

                                            s/ Rebecca Kobza
                                 By  Deputy Clerk